1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research & Writing Attorney
3  ZACHARY SCHULTZ
   Certified Law Student
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone (916) 498-5700

6  Attorney for Defendant
   WILLIAM J. SZABO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:12-CR-00206-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE BRIEFING SCHEDULE ON** |
| | ) | **APPEAL** |
| WILLIAM J. SZABO, | ) | |
| | ) | HEARING DATE: September 27, 2012 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England JR. |

It is hereby stipulated and agreed to between the United States of America through NICHOLAS FOGG, Special Assistant U.S. Attorney, and defendant, WILLIAM J. SZABO, by and though his counsel, RACHELLE BARBOUR, Research and Writing Attorney, Office of the Federal Defender, that the oral argument on appeal set for Thursday, August 2, 2012 be rescheduled for Thursday, September 27, 2012 at 9:00 a.m. The parties propose the following briefing schedule:

Appellant's brief shall be served and filed within twenty-one(21) days after filling of the appropriate transcripts.

Appellee's brief shall be served and filed within twenty-one(21) days after filling and service of appellant's brief.

Appellant may serve and file a reply brief within seven(7) court days after service of appellant's brief.

This continuance is being requested because the appellant has not yet received the appropriate transcripts. Communication with the court reporter indicates that the transcripts will be filed on August 3, 2012.

DATED: July 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
WILLIAM J. SZABO

BENJAMIN B. WAGNER
United States Attorney

DATED: July 20, 2012

/s/ Nicholas Fogg
NICHOLAS FOGG
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE