DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
ZACHARY SCHULTZ
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant-Appellant
WILLIAM J. SZABO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff-Appellee, </br> v. </br> WILLIAM J. SZABO, </br> Defendant-Appellant. | No. 2:12-CR-00206-MCE </br> **STIPULATION AND PROPOSED ORDER TO CONTINUE ORAL ARGUMENT ON APPEAL** </br> HEARING DATE: October 11, 2012 </br> TIME: 9:00 a.m. </br> JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through NICHOLAS FOGG Special Assistant U.S. Attorney, and defendant-appellant, WILLIAM J. SZABO, by and though his counsel, RACHELLE BARBOUR Research and Writing Attorney, Office of the Federal Defender, that the oral argument on appeal set for Thursday, September 27, 2012 be rescheduled for Thursday, October 11, 2012 at 9:00 a.m.

//

//

Appellant's reply brief is due on September 26, 2012. This continuance is being requested to enable the Court to have additional time to review the briefs prior to oral argument.

DATED: September 19, 2012    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant-Appellant
WILLIAM J. SZABO


BENJAMIN B. WAGNER
United States Attorney


DATED:   September 19, 2012    /s/ Nicholas Fogg
NICHOLAS FOGG
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2